United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-01-172 |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## ORIGINAL COMPLAINT

Plaintiff PAR, S.A. de C.V. ("Par") files this its Original Complaint against Shavel Associates, Inc. ("Shavel")

### I. PARTIES, JURISDICTION AND VENUE

1.  Par is an entity organized under the laws of Mexico with its principal place of business in Mexico.

2.  Shavel is a corporation organized under the laws of the State of New Jersey and maintaining its principal place of business in New Jersey. Shavel does business within the State of Texas and in this District, using the name Shavel Home Products, and it maintains a place of business within this State and District at 504 Enterprise, Laredo, Webb County, Texas 78045. National Registered Agents, 905 Congress Avenue, Austin, Texas 78701 is Shavel's registered agent for service of process in Texas.

3.  This Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. §1332(a); the amount in controversy in this action, exclusive of interests and costs, exceeds $75,000.00.

ORIGINAL COMPLAINT – Page 1

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a)(2) in that a substantial part of the events giving rise to this matter occurred in this District and certain property at issue herein is located in this District.

## II. FACTS

5. Shavel manufactures and wholesales bed linens and related products, including sheets and pillowcases. Shavel products are sold throughout the nation through department stores like Macy's and Wal-Mart, and through retail chains like Bed, Bath & Beyond.

6. Par manufactures various fabric products, including bed linens and sportswear.

7. Beginning in or around January, 1998, the principals of Shavel and the principals of Par organized a third entity under Mexican law named How Many and When, S.A. de C.V. ("HMW"). Through HMW, Shavel and Par procured knitting and finishing equipment and established a facility in Mexico to manufacture knit fabrics from yarn.

8. The finished fabrics created by HMW were sold to Par. Par used those fabrics to manufacture knit sheets, pillow cases and related bed linens.

9. Par sold these finished products to Shavel and typically shipped these finished products to a warehouse owned and/or operated by Shavel in Laredo, Texas. From this Laredo, Texas warehouse, Shavel shipped these finished products to its customers throughout the United States.

10. Par shipped its products to Shavel on an open account, typically invoicing Shavel for its various shipments and receiving payments against such invoices.

11. By placing product orders with Par and by accepting shipments of such product at its Laredo, Texas warehouse, Shavel agreed to pay to Par the prices invoiced for such product.

**ORIGINAL COMPLAINT – Page 2**

12. Shavel has failed to pay Par millions of dollars owed to it for product manufactured by Par and shipped to Shavel at its Laredo, Texas warehouse. Par brings this action to recover the amounts owed to it.

### III. COUNT 1 - BREACH OF CONTRACT

13. Par repeats and realleges each and every allegation contained in paragraphs 1 to 12 above, as if fully set forth herein.

14. The sales made by Par were made at the request of Shavel, and such goods were sold and delivered in the regular course and scope of Par's business.

15. Shavel, by placing orders for such sales and by accepting deliveries at its Laredo, Texas warehouse, agreed to pay to Par the amounts invoiced by Par for such goods.

16. Shavel has breached its obligation to pay Par for the goods manufactured, sold and delivered by Par to Shavel. More specifically, Shavel has failed to pay Par an amount in excess of $2,000,000.00 in respect of goods Par manufactured, sold and delivered to Shavel, at Shavel's request.

17. All conditions precedent to Shavel's obligation to pay Par the full amounts owed it have been performed or have occurred.

18. Par has been damaged by Shavel's breach of its payment obligation; such damages exceed $2,000,000. Par sues herein to recover the full amount of such damages.

### IV. COUNT 2 - PREJUDGMENT INTEREST

19. Par repeats and realleges each and every allegation contained in paragraphs 1-18 above, as if fully set forth herein.

20. Par also is entitled to recover of and from Shavel in this action prejudgment interest on the amounts due it on this open account. Par is entitled to prejudgment interest from

**ORIGINAL COMPLAINT – Page 3**

the thirtieth day after each unpaid item of the account became due and payable, for which Par now sues.

## V. COUNT 3 - ATTORNEY'S FEES

21. Par repeats and realleges each and every allegation contained in Paragraphs 1-20 above, as if fully set forth herein.

22. Par has employed the undersigned attorneys to represent it and agreed to pay a reasonable attorney's fee for the services of such attorneys, for which Par now sues, along with all costs and expenses of this litigation.

WHEREFORE, Plaintiff Par, S.A. de C.V., requests Defendant Shavel Associates, Inc. be cited to appear and answer, and that upon final trial of this action Plaintiff recover judgment against Shavel Associates, Inc. as follows:

1. For the full amount of damages sustained by Par, S.A. de C.V. as a result of Shavel's failure to pay Par for goods manufactured, sold and delivered to Defendant;

2. For prejudgment and post-judgment interest on all amounts awarded to Par, S.A. de C.V.;

3. For the reasonable and necessary attorneys' fees and expenses incurred by Par, S.A. de C.V.; and

4. For such other and further relief, whether at law or in equity, that Plaintiff may be entitled to by this pleading or a proper amendment or supplement thereto.

**ORIGINAL COMPLAINT – Page 4**

ClibPDF - www.fastio.com

Respectfully submitted,

By: _____
D. Wilkes Alexander
State Bar No. 00783527
ROERIG, OLIVERIA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 [Fax]

John J. Little
State Bar No. 12424230
Richard K. Laurin, Jr.
State Bar No. 11998050

LITTLE, PEDERSEN, FANKHAUSER
    & COX, L.L.P.
901 Main Street, Suite 5050
Dallas, Texas  75202
214/573-2300
214/573-2323 [Fax]

ATTORNEYS FOR PLAINTIFF
PAR, S.A. de C.V.

**ORIGINAL COMPLAINT – Page 5**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

SUMMONS IN A CIVIL CASE                    B-01- 172

PAR, S.A. de C.V.,

Docket Number: _____

Assigned Judge: _____

V.

Designated
Magistrate Judge: _____

SHAVEL ASSOCIATES, INC.

TO:   Shavel Associates, Inc.
      c/o National Registered Agents
      905 Congress Avenue
      Austin, Texas 78701

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Little
Little, Pedersen, Fankhauser            Wilkes Alexander
    & Cox, L.L.P.                       Roerig, Oliveira & Fisher, L.L.P.
901 Main Street, Suite 5050             855 West Price Road, Suite 26
Dallas, Texas 75202                     Brownsville, Texas 78520-8786

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Michael N. Milby, Clerk*

_____          October 9, 2001
Michael N. Milby, Clerk

_____
(by) Deputy Clerk