3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-01-172 |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

### CERTIFICATE OF INTERESTED PARTIES

Plaintiff PAR, S.A. de C.V. ("Par") files this Certificate of Interested Parties pursuant to the Court's Order Setting Conference entered on October 9, 2001.

Par believes that the following constitutes a complete list of the persons or entities that have a financial interest in the outcome of this case:

1. PAR, S.A. de C.V. (Plaintiff).

2. Carlos Hakim Moises (principal of Plaintiff).

3. Antonio Hakim Moises (principal of Plaintiff).

4. Shavel Associates, Inc. (Defendant).

5. Matthew Shavel (President and shareholder of Defendant).

6. Douglas Shavel (Officer and shareholder of Defendant).

7. Jonathan Shavel (Officer and shareholder of Defendant).

8. Shavel Home Products (d/b/a for Defendant).

9. How Many and When, S.A. de C.V. (entity owned by Carlos Hakim Moises, Antonio Hakim Moises, Douglas Shavel and Jonathan Shavel).

CERTIFICATE OF INTERESTED PARTIES – Page 1

            Respectfully submitted,

By: _____
  D. Wilkes Alexander
  State Bar No. 00783527
ROERIG, OLIVERIA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 [Fax]

  John J. Little
  State Bar No. 12424230
  Richard K. Laurin, Jr.
  State Bar No. 11998050

LITTLE, PEDERSEN, FANKHAUSER
  & COX, L.L.P.
901 Main Street, Suite 5050
Dallas, Texas 75202
214/573-2300
214/573-2323 [Fax]

ATTORNEYS FOR PLAINTIFF
PAR, S.A. de C.V.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon Defendant through its registered agent via certified mail, return receipt requested, on the 25th day of October, 2001, at the address set forth below:

  Shavel Associates, Inc.
  c/o National Registered Agents
  905 Congress Avenue
  Austin, Texas 78701

            _____
            D. Wilkes Alexander

**CERTIFICATE OF INTERESTED PARTIES – Page 2**