IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-01-172 |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant, | § | |

**PLAINTIFF'S FILING OF PROOF OF SERVICE**

Plaintiff PAR, S.A. de C.V. ("Par") files this Proof of Service pursuant to the Courts' Order Setting Conference entered on October 9th, 2001.

Attached hereto as Exhibit "1" is the Certified Mail Domestic Return Receipt executed by Erin Magusiak on October 30th, 2001.

Respectfully submitted,

By: _____
D. Wilkes Alexander
State Bar No. 0078327
ROERIG, OLIVEIRA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 W. Price Road
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 [Fax]

John J. Little
State Bar No.  12424230
Richard K. Laurin, Jr.
State Bar No.:  11998050

PROOF OF SERVICE - Page 1

LITTLE, PEDERSEN, FANKHAUSER  
& COX, L.L.P.  
901 Main Street, Suite 5050  
Dallas, Texas 75202  
214/573-2300  
214/573-2323 [Fax]  
ATTORNEYS FOR PLAINTIFF  
PAR, S.A. de C.V.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon Defendant through its registered agent via certified mail, return receipt requested, on the 16th day of November, 2001. At the address set forth below:

Shavel Associates, Inc.  
c/o National Registered Agents  
905 Congress Avenue  
Austin, Texas 78701

_____  
D. Wilkes Alexander

**PROOF OF SERVICE - Page 2**

**2. Article Number**

7106 4575 1294 1176 8251

**3. Service Type**  CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**
Shavel Associates, Inc.
C/o National Registered Agents
905 Congress Avenue
Austin, Texas 78701

**A. Received by (Please Print Clearly)**  Erin Magusiak
**B. Date of Delivery**  10/30/0
**C. Signature**  X Erin Magusiak
☐ Agent
☐ Addressee
**D. Is delivery address different from item 1?**  ☐ Yes  ☐ No
If YES, enter delivery address below:

**RE:** 22516parsav.shavel.crtiftofpts   **SENDER:** D. Wilkes Alexander

PS Form 3811, June 2000   Domestic Return Receipt

**EXHIBIT 1**