

United States District Court
Southern District of Texas
FILED

NOV 1 9 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-172 |
| | § | |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION TO TRANSFER VENUE TO LAREDO DIVISION

Shavel Associates, Inc. ("Shavel") files this Motion to Transfer Venue to the Laredo Division.

1. Pursuant to 28 U.S.C. § 1404, Shavel moves to transfer this action from the United States District Court for the Southern District of Texas, Brownsville Division ("Brownsville Division") to the United States District Court for the Southern District of Texas, Laredo Division ("Laredo Division").

2. Shavel has no ties with the Brownsville Division. Additionally, Plaintiff, Par, S.A. de C.V. ("Par") has no ties with the Brownsville Division. All of the events giving rise to this action occurred in either Laredo, Texas, Mexico or New Jersey. See Affidavit of Doug Shavel, attached hereto as Exhibit "A" and incorporated herein by reference.

3. Par's claims did not arise out of, and have no connection with, any conduct, activities or occurrences that took place within the Brownsville Division.

4. The testimony of various witnesses on Shavel's behalf which reside within the Laredo Division will be material and necessary in presenting Shavel's defenses and prosecuting Shavel's counterclaims in this action. There are presently no identifiable witnesses residing

**DEFENDANT'S MOTION TO TRANSFER VENUE TO LAREDO DIVISION - Page 1**

within the Brownsville Division. Furthermore, material documents relevant to this action are located within the Laredo Division. There are no material documents located within the Brownsville Division.

5. The controversies in this matter have no contacts with the Brownsville Division.

6. Therefore, for the convenience of the parties and witnesses and in the interest of justice, the Laredo Division is the most convenient and appropriate forum for this action. The Laredo Division is where this action should have originally been brought.

7. A proposed Order granting Defendant's Motion to Transfer Venue is attached hereto as Exhibit "A."

WHEREFORE, Defendant Shavel Associates, Inc. requests that this Court grant its Motion to Transfer Venue to the Laredo Division and enter its proposed Order Granting Motion to Transfer Venue, thereby, transferring this action to the United States District Court for the Southern District of Texas, Laredo Division.

**DEFENDANT'S MOTION TO TRANSFER VENUE TO LAREDO DIVISION - Page 2**

Respectfully submitted,

By: /s/ Tom A. Lockhart
Tom A. Lockhart
Texas Bar No. 12473500
Federal I.D. No. 2257

ADAMS & GRAHAM, L.L.P.
222 E. Van Buren St., W. Tower
P O Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: /s/ C.H. w/ permission
Craig A. Harris
Texas Bar No. 09056750

WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Telephone: 214/745-5400
Facsimile: 214/745-5390

ATTORNEYS FOR DEFENDANT SHAVEL ASSOCIATES, INC.

**DEFENDANT'S MOTION TO TRANSFER VENUE TO LAREDO DIVISION - Page 3**

## CERTIFICATE OF CONFERENCE

On November 16, 2001 the undersigned conferred with Wilkes Alexander, counsel for Plaintiff, PAR, S.A. de C.V., regarding the merits of this Motion. The Plaintiff opposes this Motion.

Tom A. Lockhart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true & correct copy of the foregoing has been served via

- ■ Certified mail, return receipt requested
- ☐ Regular mail
- ☐ Facsimile
- ☐ Federal Express
- ☐ Hand-Delivery

on this 17 day of November, 2001 to the following:

John J. Little
Little, Pedersen, Frankhauser & Cox, L.L.P.
901 Main Street, Suite 5050
Dallas, Texas 75202

Wilkes Alexander
Roerig, Oliveria & Fisher L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520

Tom A. Lockhart

DALLAS_1\3569881\1
11/19/2001 - 38880-1

**DEFENDANT'S MOTION TO TRANSFER VENUE TO LAREDO DIVISION - Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR, S.A. de C.V.., | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. B-01-172 |
| | § § | |
| SHAVEL ASSOCIATES, INC. | § § § | |
| Defendant. | § | |

### AFFIDAVIT OF DOUG SHAVEL

STATE OF NEW JERSEY  §
                     §
COUNTY OF MERCER     §

Before me, the undersigned notary public in and for the State of New Jersey, personally appeared Doug Shavel, who being by me duly sworn, did under oath say:

1. "My name is Doug Shavel. I am the V. Pres of Shavel Associates, Inc. ("Shavel"). I am capable and competent to make this Affidavit and have not been convicted of a felony. The facts contained in this Affidavit are within my personal knowledge and are true and correct.

2. All of Shavel Associates, Inc.'s business dealings with Par, S.A de C.V.("Par") took place in either Laredo, Texas, Mexico City, Mexico or Mercer County, New Jersey. There have been no business dealings whatsoever between Shavel and Par in Brownsville, Texas. All of Shavel's distributions to its customers occurred from Shavel's rented warehouse in Laredo, Texas. Further, Shavel has never done business in Brownsville, Texas.

3. Additionally, Shavel has no employees in Brownsville, Texas, nor has Shavel ever had any employees in Brownsville, Texas. All of Shavel's employees in the State of Texas

worked at Shavel's Laredo, Texas warehouse. These employees were leased by Shavel from First Choice Subscribers, Inc. under an employee leasing agreement. First Choice is located in El Paso, Texas.

   4. There are witnesses that may testify on Shavel's behalf which reside in Laredo, Texas. There are no witnesses that will testify on Shavel's behalf that reside in Brownsville, Texas. Further, there are material documents relevant to this action which are located in Laredo, Texas. There are no material documents located in Brownsville, Texas."

  FURTHER AFFIANT SAYETH NOT.

              _____
              Doug Shavel

  SUBSCRIBED AND SWORN TO before me by Doug Shavel on this 16 day of November, 2001, to certify which witness my hand and official seal.

              _____
              Notary Public in and for the State of New Jersey

My Commission Expires:

**Sharon Augustyn**
**Notary Public of New Jersey**
**My Commission Expires on Feb. 6, 2006**

DALLAS_1\3569470\1
11/16/2001 - 38880-1