7

United States District Court
Southern District of Texas
FILED

DEC 21 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR S.A. de C.V. | § | |
| | § | |
| vs. | § | NO. B-01-172 |
| | § | |
| SHAVEL ASSOCIATES, INC. | § | |

## AGREED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, PAR S.A de C.V. (PAR) and Defendant, SHAVEL ASSOCIATES, INC., (SHAVEL) and file this their Agreed Motion for Extension of Time and in support thereof, would respectfully show this Honorable Court as follows:

1. This action was filed by PAR on October 9th, 2001. Service was perfected on October 30th, 2001 and Defendant's filed their Motion to Transfer Venue and Original Answer on November 19th, 2001.

2. The Court entered an Order on October 9th, 2001, establishing certain deadlines, as well as an Initial Pre-Trial Conference on February 18th, 2002.

3. The parties hereby request this Honorable Court to accept the following stipulation:

    a. The parties will prepare and exchange their Initial Disclosures, including exchanging documents, pursuant to Rule 26 (a)(1) on or before January 11th, 2002;

b. The parties will participate in a mediation prior to the end of January, 2002;

c. In the event this matter is not resolved in mediation, Plaintiff will respond to Defendant's Counter-Claim and Motion to Transfer on or before February 11th, 2002 and request this matter be set for hearing;

d. The parties ask this Honorable Court to refrain from ruling on any and all pending motions until such time as the parties can undertake the above referenced mediation.

4. The interest of justice will be served by the entry of an Order allowing an extension of time as set forth above.

WHEREFORE PREMISES CONSIDERED, the parties request this Honorable Court to allow the parties to exchange their Initial Disclosures pursuant to Rule 26(a)(1) on or before January 11th, 2002, to undertake the mediation prior to the end of January 2002, and in the event that this matter is not resolved in mediation, to allow the Plaintiff to respond to Defendant's Counter-Claim and Motion to Transfer on or before February 11th, 2002.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

By: _____
D. Wilkes Alexander
State Bar No.: 00783527
Federal I.D. No.: 3522

ADAMS & GRAHAM, L.L.P.
222 E. Van Buren Street, W. Tower
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: (956) 428-7495
Telecopier: (956) 428-2954

By: ___Tom Lockhart, by permission___
Tom A. Lockhart
Texas Bar No.: 12473500
Federal I.D. No.: 2257

*also counsel for A Shavel Associate*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true & correct copy of the foregoing has been served via C.M.R.R. to the below named counsel of record.

John J. Little
LITTLE, PEDERSON, FRANKHAUSER
    & COX, L.L.P.
901 Main Street, Suite 5050
Dallas, Texas 75202

ADAMS & GRAHAM, L.L.P.
222 E. Van Buren Street, W. Tower
P.O. Drawer 1429
Harlingen, Texas 78551-1429

Craig Harris
WINSTEAD, SECHREST & MINICK, P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199

on this the 21st day of December, 2001.

_____
D. Wilkes Alexander