IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United ...
Southern ...

DEC 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-01-172 |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF NAME AND ADDRESS CHANGE

Plaintiff PAR, S.A. de C.V. ("Par") files this Notice of Name and Address Change to advise the Court and all counsel of record that its counsel in this action has changed its name and address, effective December 1, 2001. Counsel's new firm name and address are as follows:

    John J. Little      jlittle@lpf-law.com
    State Bar No. 12424230
    Richard K. Laurin, Jr.      rkl@lpf-law.com
    State Bar No. 11998050
    LITTLE PEDERSEN FANKHAUSER L.L.P.
    901 Main Street, Suite 4110
    Dallas, Texas 75202
    (214) 573-2300
    (214) 573-2323 [FAX]

Counsel's telephone number, direct dial numbers, and facsimile numbers have not changed.

Please note counsel's new law firm name, address and e-mail address in your records.

NOTICE OF NAME AND ADDRESS CHANGE – Page 1

Dated: December 7, 2001                    Respectfully submitted,

By: _____
    John J. Little
    Fed. I.D. No. 29630
    State Bar No. 12424230
    Richard K. Laurin, Jr.
    State Bar No. 11998050
LITTLE PEDERSEN FANKHAUSER L.L.P.
901 Main Street, Suite 4110
Dallas, Texas 75202
214.573.2300
214.573.2323 [FAX]

    D. Wilkes Alexander
    State Bar No. 00783527
ROERIG, OLIVERIA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
956.542.5666
956.542.0016 [Fax]

ATTORNEYS FOR PLAINTIFF
PAR, S.A. de C.V.

**NOTICE OF NAME AND ADDRESS CHANGE – Page 2**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon counsel for Defendant via certified mail, return receipt requested, on the 7th day of December, 2001, at the address set forth below:

Craig Harris
Winstead, Sechrest & Minick, P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199

Tom A. Lockhart
Adams & Graham, L.L.P.
222 E. Van Buren Street, West Tower
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
John J. Little

**NOTICE OF NAME AND ADDRESS CHANGE – Page 3**