9

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| Par S A DE CV | § | |
| | § | |
| | § | |
| versus | § | CIVIL ACTION NO: B: 01-172 |
| | § | |
| | § | |
| SHAVEL ASSOCIATES, INC. | § | |

# Order Resetting Conference

The initial pre-trial conference set for *February 18, 2002,* has been reset to:

**February 25, 2002 at 1:30 p.m.**

Signed on _January 10_, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge