IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR, S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | B-01-172 |
| SHAVEL ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1)

Plaintiff PAR, S.A. de C.V. ("Par") makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

The following individuals have discoverable information pertinent to the claims asserted by Par and to the defenses that will be asserted by Par to Defendant's counterclaims:

Antonio Hakim
Carlos Hakim
c/o John J. Little
Little Pedersen Fankhauser L.L.P.
901 Main Street, Suite 4110
Dallas, Texas 75202
214.573.2300
214.573.2323 [FAX]

These individuals have information concerning all aspects of the dispute between Par and Defendant.

INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1) – Page 1

| | |
|---|---|
| Doug Shavel<br>Jon Shavel<br>Shavel Associates, Inc.<br>c/o Shavel Home Products<br>13 Roszel Road, No. 101A<br>Princeton, NJ 08540<br>609.452.1800<br>609.452.9272 [FAX] | These individuals have information concerning all aspects of the dispute between Par and Defendant. |

In addition to the foregoing individuals, Par believes that one or more representatives of the following organizations may have discoverable information concerning certain of the defenses that Par will assert to the counterclaims of Defendant.

| | |
|---|---|
| Nueva WalMart de Mexico, S.A. de C.V.<br>(Sam's Club of Mexico)<br>Av.Nextengo No. 78<br>Avcatotzalco, Mexico D.F. | Par believes that one or more representatives of Sam's Club of Mexico have discoverable information concerning Defendant's claim that Par was wrongfully doing business with that entity. |
| Comercializadora Pirineos, S.A. de C.V.<br>San Lorenzo No. 143 Int. 205 Col. del Valle<br>Mexico, D.F. C.P. 03100 | Same |
| Buhler Quality Yarns Corp.<br>P.O. Box 506<br>1881 Athens Street<br>Jefferson, Georgia 30549<br>706.367.9834<br>706.367.9837 [FAX] | Par has not yet determined what information this entity may possess |
| L.L. Bean, Inc.<br>Freeport, Maine 04033<br>207.865.4761 | L.L. Bean may have discoverable information concerning certain quality issues |
| Wal-Mart Stores | Wal-Mart is likely to have discoverable information concerning the relationship between Shavel Associates and Wal-Mart and why that relationship was terminated. |
| Kal-Tex | Kal-Tex is likely to have discoverable information concerning |

**INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1) – Page 2**

|  |  |
|---|---|
|  | yarn it supplied to Par's fabric supplier |
| Luis Garcia<br>KPMG – Mexico City | Mr. Garcia and others at KPMG performed audits of Par's fabric supplier, How Many & When, S.A. de C.V., or 1998 and 1999 at the instance of Shavel Associates. |

(B)    a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

Par is producing to Defendant with these Initial Disclosures 1,076 pages of material pertaining to its claims and defenses. These documents are marked with document control numbers PAR 00001 through PAR 01076.

(C)    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

Par has produced a computation of its damages at pages PAR 00021 through PAR 00036. That computation reflects a gross underpayment by Defendant of invoices issued by Par in the amount of $2,493,719.16. The computation also reflects certain credits and offsets that may be available to Defendant (although Par denies that Defendant is entitled to all such credits and offsets) that reduce the net amount owed to Par to $1,232,945.90.

(D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Par is unaware of any insurance agreement subject to production as a part of these Initial Disclosures.

**INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1) – Page 3**

Dated: January 11, 2002                          Respectfully submitted,

                                                By: _____
                                                   John J. Little
                                                   Fed. I.D. No. 29630
                                                   State Bar No. 12424230
                                                   Richard K. Laurin, Jr.
                                                   State Bar No. 11998050
LITTLE PEDERSEN FANKHAUSER L.L.P.
901 Main Street, Suite 4110
Dallas, Texas 75202
214.573.2300
214.573.2323 [FAX]

                                                   D. Wilkes Alexander
                                                   State Bar No. 00783527
ROERIG, OLIVERIA & FISHER, L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
956.542.5666
956.542.0016 [Fax]

ATTORNEYS FOR PLAINTIFF
PAR, S.A. de C.V.

**INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1) – Page 4**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon counsel for Defendant on the 11th day of January, 2002, at the address set forth below:

    Craig Harris                               **HAND DELIVERY**
    Winstead, Sechrest & Minick, P.C.
    5400 Renaissance Tower
    1201 Elm Street
    Dallas, Texas 75270-2199

_____
John J. Little

**INITIAL DISCLOSURES PURSUANT TO
RULE 26(a)(1) – Page 5**