1.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR S.A. de C.V., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. B-01-172 |
| | § | |
| SHAVEL ASSOCIATES, Inc., | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

JAN 25 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

BE IT REMEMBERED that on January 24, 002, the Court **GRANTED** the Agreed Motion for Extension of Time [Dkt. No. 7]. The Parties are **ORDERED** to inform the Court of the progress of the mediation in this case, which the Parties have promised to participate in by the end of January. In the event that the case is not resolved in mediation, Plaintiff is **ORDERED** to respond to Defendant's Motion to Transfer [Dkt. No. 6] (and the counterclaims contained therein) on or before February 11, 2002. The Court reminds the Parties that, if mediation fails to resolve the dispute, the initial pretrial conference will remain set for February 25, 2002, and a Joint Discovery/Case Management Plan in compliance with chamber rules will be due two weeks prior to that date.

DONE this 24th day of January, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge