IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAR, S.A. de C.C., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. |
| § | B-01-172 |
| § | |
| SHAVEL ASSOCIATES, INC., § | |
| § | |
| Defendant. § | |

## DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rules of Civil Procedure 26(a)(1) and the parties' agreement, Shavel Associates, Inc. ("Shavel") submits the following initial disclosures:

**(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Jon Shavel
Shavel Associates, Inc.
13 Roszel Road
Princeton, NJ 08540
609-452-1800

Knowledge of all of the aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in How Many and When ("HMW"), as well as the damages each party contends it sustained.

Doug Shavel
Shavel Associates, Inc.
13 Roszel Road
Princeton, NJ 08540
609-452-1800

Knowledge of all of the aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in HMW, as well as the damages each party contends it sustained.

DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES  Page 1

Matthew Shavel
Shavel Associates, Inc.
13 Roszel Road
Princeton, NJ 08540
609-452-1800

Knowledge of some aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant, including their partnership in HMW, as well as the damages each party contends it sustained.

Jeff Christides
Shavel Associates, Inc.
13 Roszel Road
Princeton, NJ 08540
609-452-1800

Mr. Christides is the Chief Financial Officer of Shavel Associates, Inc. Mr. Christides has knowledge of some aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in HMW, as well as the damages each party contends it sustained.

Neal Rotenberg
Rotenberg, Meril, Solomon, Bertiger & Guitilla, P.C.
Plaza 9
900 US Highway 9 North
Woodbridge, NJ 07905
201-487-8383

Mr. Rotenberg is Shavel Associates, Inc.'s outside accountant. Mr. Rotenberg has knowledge of some aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in HMW, as well as the damages each party contends it sustained.

Carlos Hakim Moises

Knowledge of all aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in HMW, as well as the damages each party contends it sustained.

Antonio Hakim

Knowledge of all aspects of the relationship between Plaintiff, Plaintiff's principals and Defendant and Defendant's principals, including their partnership in HMW, as well as the damages each party contends it sustained.

Jose Antonio del Rincon
Calle Monzon No. 412

Owner of the dying company used by Plaintiff.

Eduardo Rincon, Sr.
Eduardo Rincon, Jr.
Calle Monzon No. 412

Owners of the dyeing company used by Plaintiff.

Jacabo Semah
Blvd. Centro Industrial No. 24 1er. PISO
Fracc Industrial Puente de Vigas
Tlalnepantla Edo de Mexico

Owner of a printing factory in Mexico

Bernardo Lew
Eje Central Lazaro Cardenas 955 2o. P.
Col. Nueva Industrial Vallejo
Deleg. Gustavo A. Madero
C.P. 07700 Mexico, D.F.

Knowledge of his company's dealings with Plaintiff and Defendant.

Eduardo Lubesky
Eje Central Lazaro Cardenas 955 2o. P.
Col. Nueva Industrial Vallejo
Deleg. Gustavo A. Madero
C.P. 07700 Mexico, D.F.

Knowledge of his company's dealings with Plaintiff and Defendant.

Jaime Sanchez Meforada Fernandez
KPMG
Bosque de Duraznos Num. 35
Bosques de las Lomas
11700 Mexico, D.F.

Ms. Fernandez performed an audit of HMW on 9/30/98.

Armando Galvez Perez Arago
Notary Public

Mr. Arago has knowledge of his 8/29/00 visit to HMW, Plaintiff and Estella, and meeting between Plaintiff and Defendant.

Mr. Kalesh
Ingenieros Militares No. 2-7o. Piso
Naucalpan de Juarez
53380 Estado de Mexico

Mr. Kalesh is the owner of HMW's primary yarn supplier.

Mr. Jose Lorravaquio
Naucalpan de Juarez
53380 Estado de Mexico

Mr. Lorravaquio is the General Manager of HMW's primary yarn supplier.

Begona Mayer Meabe
Sam's Club
Av. Ejercito Nacional 559
Col. Grenada-11520 Mexico

Mr. Meabe is a Buyer at Sam's Club, Mexico.

Ricardo Moises

Mr. Moises is Plaintiff's Production Manager.

Marisela Pedraza

Ms. Pedraza is Plaintiff's chief accountant.

Andi Sawall
L.L. Bean Inc.
15 Casco St.
Freeport, Me. 04033

Knowledge of L.L. Bean cancelled orders.


Francisco Mendoza Diaz
Libra Oriental, S.A. DE C.V.
Calz. De la Viga 1419 1 Piso
Mexico 8, D.F.

Mr. Diaz is the owner of Pailung-Mexico.


Roberto Soto
Shavel Home Products Warehouse
504 Enterprise
Laredo, Texas  78045
956-717-9992

Mr. Soto is the Manager of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.


Marisa Ramos
Shavel Home Products Warehouse
504 Enterprise
Laredo, Texas  78045
956-717-9992

Ms. Ramos works in the office of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.


Antonio Aguilar

Mr. Aguilar is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.


Enrique Garza

Mr. Garza is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

**DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**                                           Page 5

Homero Flores
Shavel Home Products Warehouse
504 Enterprise
Laredo, Texas  78045
956-717-9992

Mr. Flores is an employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

Mr. Jesus Larranaga

Mr. Larranaga is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

Jose G Cadena

Mr. Cadena is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

Juan Perez Trevino

Mr. Trevino is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of goods and shipments of goods.

Reynaldo Garcia

Mr. Garcia is a former employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

Ubaldo Lopez
Shavel Home Products Warehouse
504 Enterprise
Laredo, Texas  78045
956-717-9992

Mr. Lopez is an employee of the Shavel warehouse in Laredo, Texas, and has knowledge of receipts of goods and shipments of goods.

Allyson Crockett
L.L. Bean
207-865-4761
Knowledge of cancelled L.L. Bean orders.


Phedy MacDonald
L.L. Bean
207-865-4761

Knowledge of L.L. Bean quality control chargebacks.

Stewart A. Satter
Consumer Testing Laboratories, Inc.
480 Neponset Street
Canton, MA  02021
781-828-8060

Knowledge of testing of product manufactured by Plaintiff.


Vasant Jinwald
Consumer Testing Laboratories, Inc.
480 Neponset Street
Canton, MA  02021
781-828-8060

Knowledge of testing of product manufactured by Plaintiff.


**(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible items that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

Actual documents are being produced, as opposed to a description of documents, pursuant to the parties' agreement.  See documents attached hereto, bates numbered SHAV 0001 PAR - SHAV 0094 PAR.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1. $ 838,698.00 - Damages caused by Par's excessive charges for production time and excessive labor costs with respect to the Wal Mart joint venture. (see Exhibit "1" attached hereto)

2. $ 172,723.00 - Damages caused by Par's overcharges for Wal Mart joint venture dyeing costs. (see Exhibit "2" attached hereto)

3. $ 1,406,852.00 - Damages caused by Par's misrepresentations and errors with respect to How Many and When. (see chart below)

|  | Total | Shavel's Share |
|---|---|---|
| 1998 Profits | $ 683,575 | $ 341,788 |
| 1998 Labor errors | 78,186 | 39,093 |
| 1998 Unauthorized credit memo | 103,893 | 51,947 |
| 1998 Excess set up cost | 107,000 | 53,500 |
| Shavel Professional fees | 50,000 | 25,000 |
| 1999 Book Profits | (119,529) | (59,765) |
| 1999 Labor errors | 81,743 | 40,872 |
| 1999 Unauthorized defective product credit | 203,571 | 101,786 |
| 1999 Lost discounts due to Par | 326,974 | 163,487 |
| 2000 Book Profits | 128,085 | 64,043 |
| 2000 Labor errors | 42,390 | 21,195 |
| 2000 Lost discounts due to Par | 155,430 | 77,715 |
|  | $ 1,841,318 | 920,659 |
| Amount Shavel invested in HMW |  | 486,193 |
| Amount owed Shavel for investment in HMW |  | $ 1,406,852 |

4. $ 358,649.00 - Damages as a result of customer returns due to poor quality. (see Exhibit "3" attached hereto)

5. 380,698.00 - Damages as a result of defective, poor quality merchandise presently in Shavel's possession. (see Exhibit "4" attached hereto)

6. 68,720.00 - Damages due to cancelled L.L. Bean orders.

7. 99,456.00 - Damages resulting from HMW waste Par made into

underwear and sold. (see chart below)

| | |
|---|---:|
| Sheets manufactured | 640,000 |
| Corners per sheet | 4 |
| Number of corners | 2,560,000 |
| Weight per corner | 14Grams |
| Total Weight | 35840000Grams |
| Number of Kilos | 35,840 |
| Average price of dyed fabric | $ 5.55 |
| Total amount due to HMW | $ 198,912 |
| Shavel's Share | $ 99,456 |

8. $6,956,250.00 - Lost profits for 1999, 2000 and 2001 due to defective merchandise manufactured by Par.

```
1998 jersey knit sales  $9,275,000.00
3 years lost sales at
     X 25% profit margin
        $6,956,250.00
```

**(D)** for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

None.

**DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**　　　　　　　　　　　　Page 9

Respectfully submitted

By: *Tom Lockhart, by permission* /s/
Tom A. Lockhart
Texas Bar No. 12473500
Federal I.D. No. 2257

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren St., W. Tower
P O Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: /s/
Craig A. Harris
State Bar No. 09056750

**WINSTEAD SECHREST & MINICK P.C.**
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2199
Telephone: 214/745-5400
Telecopy: 214/745-5390

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true & correct copy of the foregoing has been served on the following counsel of record on this the 11th day of January, 2002:

John J. Little
Little, Pedersen, Frankhauser & Cox, L.L.P.
901 Main Street, Suite 5050
Dallas, Texas 75202
**Via Certified Mail, RRR No. 7000 1670 0000 9539 0689**

Wilkes Alexander
Roerig, Oliveria & Fisher L.L.P.
Suite 9, Price Plaza Building
855 West Price Road
Brownsville, Texas 78520
**Via First Class U.S. Mail**

_____
Craig A. Harris

::ODMA\PCDOCS\DALLAS_1\3593189\1
231:38880-1