/3

# J. MICHAEL AMIS
ATTORNEY – MEDIATOR
SUITE 300
15150 PRESTON ROAD AT BELTLINE
DALLAS, TEXAS 75248
E-mail: amismediat@aol.com

BOARD CERTIFIED, CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

(972) 960-0667
FAX (972) 960-9152

February 4, 2002

United States District Court
Southern District of Texas
RECEIVED — Filed
FEB 0 7 2002
CB/sc
Michael N. Milby, Clerk

Honorable Hilda G. Tagle
United States District Courts
Southern District
Brownsville Division
600 Harrison, # 306
Brownsville, Texas 78520-7114

Re: Cause No. B-01-172
*Par S.A. de C.V. v. Shavel Associates, Inc.*

Dear Judge Tagle:

The parties in the above-entitled case mediated with me on January 29, 2002. I am pleased to report that, as a result of mediation, a settlement was achieved that was mutually acceptable to all parties. The attorneys are in the process of drafting final settlement documents and a final order of disposition should be submitted to the Court in the near future.

Thank you for this opportunity to be of service.

Very truly yours,

J. Michael Amis

JMA/ga

cc: John J. Little
    Craig Harris