15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAR S.A. de C.V., | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | No. B-01-172 |
| | § | |
| SHAVEL ASSOCIATES, Inc., | § | |
|     Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

BE IT REMEMBERED that on February 15, 2002, the Court **GRANTED** the Parties' Motion to Stay Action [Dkt. No. 14]. The Parties have informed the Court that the mediation contemplates a closing on or about March 31, 2002. The Parties are therefore **ORDERED** to inform the Court of the progress of the mediation by April 30, 2002. In the event that the case is not resolved in mediation, Plaintiff is **ORDERED** to respond to Defendant's Motion to Transfer [Dkt. No. 6] (and the counterclaims contained therein) on or before April 30, 2002. The Court reminds the Parties that, if mediation fails to resolve the dispute, the initial pretrial conference will be reset.

DONE this 15th day of February, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge