IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAR S.A. de C.V., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No. B-01-172 |
| | § | |
| SHAVEL ASSOCIATES, Inc., | § | |
| Defendants. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on April _12_, 2002, the Court considered the Parties' Stipulation of Dismissal.

1.  The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2.  The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this _12_ day of April 2002.

Hilda G. Tagle
United States District Judge